IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR 79 |
| | § | |
| JOSHUA BLANE HALIBURTON | § | Crone |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(a)(6)
(False Statement)

On or about March 20, 2018, in Sherman, Texas, in the Eastern District of Texas, the defendant, **JOSHUA BLANE HALIBURTON**, in connection with the attempted acquisition of a firearm from J & S Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to J & S Pawn, which statement was intended and likely to deceive J & S Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that that he was not under indictment in any court for a felony for which he could have been imprisoned for more than one year, when in fact as the defendant then knew, he was under indictment for a felony for which he could have been imprisoned for more than one year;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

MAUREEN SMITH
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA        §
                                §
v.                              §        No. 4:18CR
                                §
                                §
JOSHUA BLANE HALIBURTON         §

## NOTICE OF PENALTY

### Count One

Violation:          18 U.S.C. § 922§ (a)(6)

Penalty:            Imprisonment of not more than ten years, a fine not to exceed
                    $250,000, or both; a term of supervised release of not more
                    than three years.

Special Assessment: $ 100.00